# Fauntleroy F. Frans

## *v.*

# The People of the State of Illinois *ex rel.* Harrison B. Frans *et al.*

WRIT OF ERROR TO A COUNTY COURT—*whether it will lie.* A writ of error will not lie from this court to a county court to bring in review an order of that court removing a party from his office of administrator of an estate, and requiring him to pay over a sum of money found to be due the estate.

WRIT OF ERROR to the County Court of Knox county ; the Hon. Dennis Clark, Judge, presiding.

Messrs. Hannaman & Kretzinger, for the plaintiff in error.

Messrs. Bailey & Cole, and Messrs. Craig & Harvey, for the defendants in error.

Per Curiam : This is a writ of error to the county court of Knox county, to bring in review an order of that court, of removal of the plaintiff in error from his office of administrator of the estate of Peter Frans, deceased, and requiring him to pay over a certain sum of money.

Does this writ of error lie ?

In the case of the *Unknown Heirs of Langworthy* v. *Baker*, 23 Ill. 487, a writ of error to the county court was entertained to review an order of that court for a sale of real estate at the instance of the administrator, for the payment of debts. The county court had been given jurisdiction concurrent with the circuit court, in applications of that character, and as no appeal was allowed from such an order to the circuit court, it was held to follow, necessarily, to prevent a failure of justice, that error should lie to this court.

In *Hobson et al.* v. *Paine*, 40 Ill. 25, a writ of error to the county court of Warren county was brought, to bring in review the action of that court in appointing an administrator of an estate ; and for the reason that in that case an appeal could have been taken to the circuit court, the court refused to entertain the writ of error.

And for the same reason that an appeal from the order in the present case might have been taken to the circuit court, this writ of error, as in the last cited case, must be dismissed for want of jurisdiction.

*Writ of error dismissed.*